UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GUIDEONE MUTUAL INSURANCE
COMPANY,

      Plaintiff,                      CASE NO.: 6:21-cv-00606-PGB-EJK

v.

EDGEWOOD CHILDREN'S RANCH, INC.
and JANE DOE, as parent and natural
guardian of JOHN DOE, a minor child.

      Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, GUIDEONE MUTUAL INSURANCE COMPANY ("Plaintiff"), hereby discloses the following information pursuant to this Court's Interested Persons Order, dated June 9, 2020 [Doc. 5]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

| | |
|---|---|
| GuideOne Mutual Insurance Company | Plaintiff |
| Cole, Scott & Kissane, P.A. | Law firm representing Plaintiff |
| Robert Alden Swift | Attorney representing Plaintiff |
| Christine A. Wasula | Attorney representing Plaintiff |
| Edgewood Children's Ranch, Inc. | Defendant/Underlying Defendant |
| Jane Doe | Defendant/Underlying Plaintiff |

1

| | | |
|---|---|---|
| | Dunmire Law | Law firm representing Underlying Plaintiff in Underlying Action |
| | Brian Dunmire, Esq. | Attorney representing Underlying Plaintiff in Underlying Action |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   **None**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

   **None**

5. **_X_** I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conduct.

   ___ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

Dated this 26th day of April, 2021.

*/s/ Christine A. Wasula*
ROBERT ALDEN SWIFT
FBN: 0018518
CHRISTINE A. WASULA
FBN: 0148164
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, Florida 32810
E-Mail: robert.swift@csklegal.com
E-Mail: christine.wasula@csklegal.com
Telephone: (321) 972-0075
Facsimile: (321) 972-0099

Counsel for Plaintiff, GuideOne Mutual Insurance Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on April 26, 2021, which will send an electronic copy to all counsel of record.

*/s/ Christine A. Wasula*
CHRISTINE A. WASULA
FBN: 0148164
