UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GUIDEONE MUTUAL INSURANCE
COMPANY,

    Plaintiff,                                                 CASE NO.: 6:21-cv-00606-PGB-EJK

v.

EDGEWOOD CHILDREN'S RANCH, INC.
and JANE DOE, as parent and natural
guardian of JOHN DOE, a minor child.

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), Plaintiff, GUIDEONE MUTUAL INSURANCE COMPANY, INC. hereby certifies that the instant action:

__X__   IS      related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, administrative agency as indicated below:

                        *Jane Doe, as parent and natural guardian of John Doe, a minor child v. Edgewood Children's Ranch, Inc., et al.,* Orange County Circuit Court, Case No. 2018-CA-004858-O.

____   IS NOT  related to any pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than 14 days after appearance of the party.

    Dated this 26TH day of April, 2021.

                                                              */s/ Christine A. Wasula*
                                                               ROBERT ALDEN SWIFT
                                                                FBN: 0018518
                                                               CHRISTINE A. WASULA
                                                                FBN: 0148164
                                                                COLE, SCOTT & KISSANE, P.A.

Case 6:21-cv-00606-PGB-EJK   Document 7   Filed 04/26/21   Page 2 of 2 PageID 234

2

Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, Florida 32810
E-Mail: robert.swift@csklegal.com
E-Mail: christine.wasula@csklegal.com
E-Mail: mcherie.heckford@csklegal.com
Telephone: (321) 972-0075
Facsimile: (321) 972-0099

Counsel for Plaintiff, GuideOne Mutual Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on April 26, 2021, which will send an electronic copy to all counsel of record.

*/s/ Christine A. Wasula*
CHRISTINE A. WASULA
FBN: 0148164