UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:21-cv-00606-PGB-EJK

GUIDEONE MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.

EDGEWOOD CHILDREN'S RANCH, INC.
and JANE DOE, as parent and natural
guardian of JOHN DOE, a minor child.

    Defendants.
_____

### DEFENDANT EDGEWOOD CHILDREN'S RANCH, INC.'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, Edgewood Children's Ranch, Inc., hereby responds to the Court's Order to Show Cause dated June 24, 2021 by stating the following:

The instant matter is a declaratory judgment action on insurance coverage issues.  The liability case which relates to this declaratory judgment action was mediated on June 18, 2021.  The mediation resulted in a tentative settlement. The parties are in the process of finalizing the settlement agreement language.  Once that language has been finalized and the settlement agreement formally consummated, this litigation will become moot.  Thus, Edgewood Children's

Ranch, Inc. has taken no action in regards to this suit since it is anticipated in the very near future the case will be rendered moot and ultimately dismissed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CMB/ECF system which will send a notice of electronic filing to the following:  Robert Alden Swift, Esq. and Christine A. Wasula, Esq., Cole, Scott & Kissane, P.A., Tower Place, Suite 400, 1900 Summit Tower Blvd., Orlando, FL 32810.

s/ Chris Ballentine
CHRIS BALLENTINE
Florida Bar No. 434205
Fisher Rushmer, P.A.
390 N. Orange Avenue, Ste. 2200
Post Office Box 3753
Orlando, FL 32801-1642
Telephone:  (407) 843-2111
Facsimile: (407) 422-1080
cballentine@fisherlawfirm.com (primary)
dburns@fisherlawfirm.com (secondary)

Attorneys for Defendant, Edgewood Children's Ranch, Inc.

L:\CMB\Edgewood\DEC ACTION PLEADINGS\Response to Order to Show Cause.docx\CB/djb